U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 0 2020

CLERK U.S. DISTRICT COURT
By: _____
　　　　Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:20-MJ-082 |
| HANNAH NICOLE EDWARDS (01) | |

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about February 7, 2020, the defendant, **Hannah Nicole Edwards**, in the Northern District of Texas, did knowingly use a minor under the age of eighteen to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means. Specifically, **Edwards** used an Apple iPhone to produce the following depiction of a minor engaged in sexually explicit conduct:

| File name | Description of file |
|---|---|
| [redacted]cb231 | This image depicts a prepubescent toddler's penis. The toddler, MV1, is not wearing any clothes and the focus of the image is on the genitals in a lewd and lascivious manner. |

In violation of 18 U.S.C. § 2251(a).

I, Christopher Thompson, being duly sworn under oath, do hereby depose and state:

1.　　I am currently a Special Agent of the Federal Bureau of Investigation (FBI) since April 2004, and I am currently assigned to the Dallas Division.

2. I am currently assigned to a Crimes Against Children Task Force, wherein my duties and responsibilities include investigating criminal violations relating to the sexual exploitation of children (SEOC). I have investigated SEOC violations since 2004 and have gained expertise in these types of investigations through training in seminars, classes, and my everyday work. In addition, I have received specialized training in the investigation and enforcement of federal child pornography laws in which computers are used as the means for producing, transmitting, collecting and storing child pornography.

3. This affidavit sets forth facts and suggest reasonable inferences from those facts, establishing that there is probable cause to believe that on or about February 7, 2020, in the Northern District of Texas, **Hannah Nicole Edwards** committed the offense of Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251.

4. The information contained in this affidavit is from my personal knowledge of the described investigation and from information obtained from other law enforcement agents.

## OVERVIEW OF INVESTIGATION

5. On or about February 6, 2020, a law enforcement officer acting in an undercover capacity (UCO) was utilizing the Kik Messenger application in a group identified here only as "Group A,"[1] when a Kik user utilizing the screen name "Jessa H" private messaged the UCO.

---

[1] Your Affiant is aware of the group's name; however, because of other active ongoing investigations, will refer to this group as "Group A" in this affidavit.

During her conversation with the UCO, "Jessa H" described graphic sexual abuse she said she committed against two children and shared a file of child pornography, file name [redacted]cb231. This image depicts a prepubescent toddler's penis. The toddler, subsequently identified as Minor Victim One (MV1), is not wearing any clothes, and the focus of the image is on the genitals in a lewd and lascivious manner.

6. Through the investigation, your Affiant determined that Jessa H had used an IP address, 76.204.124.159 which resolved to a U-Verse account at a residence located on [redacted] Clairborne Drive, Fort Worth, Texas. Through further investigation, your Affiant also determined that "Jessa H" is **Hannah Nicole Edwards** and that she had recently moved to the residence located at [redacted] Clairborne Drive in Fort Worth.

7. On February 9, 2020, a federal search warrant for **Edward's** residence was obtained, and on the same day a search was conducted by FBI agents. Multiple items of evidence were seized during the warrant, including an Apple iPhone model A1634 with the words "Assembled in China" printed on the back. There is, therefore, probable cause to believe that the Apple iPhone itself traveled in interstate and foreign commerce.

8. **Edwards** was present at the residence at the time of the search warrant. After providing **Edwards** with her *Miranda* warnings, **Edwards** agreed to be interviewed. **Edwards** stated she is the user of the Apple iPhone model A1634 and acknowledged that she is the user of the Kik Messenger account "Jessa H." **Edwards** also said that she used this account to communicate with other Kik users about the sexual assault of children and to receive and distribute child pornography.

She further admitted to taking the photograph [redacted]cb231, described above, and

sending it to multiple users on Kik Messenger. **Edwards** identified the child, MV1, in the [redacted]cb231 file, a one-year-old male, and said the photo was taken at her home in Fort Worth, Texas, with her Apple iPhone.

9. **Edwards** also identified another image on her cell phone that she produced. The image file depicts her pulling down the diaper of MV1 and taking a picture focused on the boy's genitals. **Edwards** said she took this photo in the residence at [redacted] Clairborne Drive, Fort Worth, Texas, with her Apple iPhone.

## CONCLUSION

10. Based on the facts and circumstances set forth in this affidavit, I respectfully submit that there is probable cause to believe that **Hannah Nicole Edwards** did knowingly use a minor under the age of eighteen to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped or transported in and affecting interstate or foreign commerce by any means, in violation of 18 U.S.C. § 2251(a).

Christopher Thompson, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 10th day of February 2020, at 8:52 a.m. in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge